JS-6

UNITED STATES DISTRICT COURT

SANTA ANA DISTRICT COURT

EASTERN DIVISION

| | |
|---|---|
| MIGUEL SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No.: 5:19-cv-00846-JDE<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation (Dkt. 21), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: February 28, 2020

JOHN D. EARLY
United States Magistrate Judge

-1-